# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
*INCARNATION SCHOOL,*
*ARCHDIOCESE OF NEW YORK and*
*BRIANA PECHIN*
58 South Service Rd., Ste. 410
Melville, New York  11747
(631) 247-0404
      ATTORNEYS OF RECORD:
          WENDY J. MELLK, ESQ.
          NOEL P. TRIPP, ESQ.

-------------------------------------------------X    *Via ECF*

AGNES B. SORIANO,

              Plaintiff,

    vs.                                Case No. 11-cv-3334

INCARNATION SCHOOL,
ARCHDIOCESE OF NEW YORK, and
PRINCIPAL, BRIANA PECHIN, THE
FEDERATION OF CATHOLIC
TEACHERS,

              Defendants.

-------------------------------------------------X

TO:   Andrew J. Schatkin, Esq.
      LAW OFFICES OF ANDREW J. SCHATKIN
      *Attorneys For Plaintiffs*
      350 Jericho Turnpike
      Jericho, New York  11753
      (212) 725-7272

      Joseph M. Burke, Esq.
      RUSSO & BURKE
      600 Third Avenue
      New York, NY 10016
      (212)-557-9600

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the

Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendants

INCARNATION SCHOOL and ARCHDIOCESE OF NEW YORK, by their undersigned

counsel, hereby certify that each is a privately-held religious corporation with no parents or

publicly held corporations that own ten percent (10%) or more of its stock.

Dated: New York, New York
      July 25, 2011

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                    *ATTORNEYS FOR DEFENDANTS*
                    *INCARNATION SCHOOL,*
                    *ARCHDIOCESE OF NEW YORK and*
                    *BRIANA PECHIN*
                    58 South Service Rd., Ste. 410
                    Melville, New York  11747
                    (631) 247-0404

       By:          _____
                    WENDY J. MELLK, ESQ.
                    NOEL P. TRIPP, ESQ.

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2011, Defendants' CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE was served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

Andrew J. Schatkin, Esq.
LAW OFFICES OF ANDREW J. SCHATKIN
*Attorneys For Plaintiffs*
350 Jericho Turnpike
Jericho, New York  11753
(212) 725-7272

Joseph M. Burke, Esq.
Russo & Burke
600 Third Avenue
New York, NY 10016
(212)-557-9600

NOEL P. TRIPP, ESQ.

4850-9813-6330, v. 1